Rory C. Leisinger, Esq. (SBN 277476)
**Leisinger Law, LLP**
118 N. Citrus, Suite B
Covina, CA 91723
T: (626) 290-2868
E: Rory@leisingerlaw.com
Attorneys for Plaintiff,
SHAWNA BARBEAU

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SHAWNA BARBEAU,<br><br>    Plaintiff,<br><br>  vs.<br><br>RECEIVABLES PERFORMANCE MANAGEMENT, LLC.,<br><br>    Defendant(s). | **Case No.:** 15-CV-5868-JFW(Ex)<br><br>Hon. John F. Walter<br><br>**NOTICE OF SETTLEMENT** |

**TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:**

**NOTICE IS HEREBY GIVEN** that the Plaintiff SHAWNA BARBEAU by and through her attorneys, informs this Honorable Court that Plaintiff has settled her case with Defendant, RECEIVABLES PERFORMANCE MANAGEMENT.  The parties are in the process of finalizing settlement, and Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

///

///

1

2               Respectfully submitted,

3  Dated: February 19, 2016      LEISINGER LAW, LLP

4               */s/ Rory C. Leisinger*
                Rory C. Leisinger (SBN 277476)
5               Attorney for Plaintiff,
                SHAWNA BARBEAU
6               Email: Rory@leisingerlaw.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25